IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: }
}
BIGGS, JERESHA } CASE NO: 08-03399-TOM-13
SSN xxx-xx-8767 }
}
}
Debtor. }

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY FILED BY U.S. BANK, N.A.

This matter coming before the Court on the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by U.S. BANK, N.A. (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Creditor may file a claim for the post-petition mortgage arrearage through December, 2009 plus attorney fees and costs in connection with Creditor's Motion for Relief from Stay and Co-Debtor Stay. The arrearage to be put into the plan is as follows:

   | | |
   |---|---|
   | 4 payments @ $778.06 for 09/09 through 12/09: | $3,112.24 |
   | 4 late charges @ $31.12 for 09/09 through 12/09: | $ 124.48 |
   | Attorney Fees and Costs: | $ 500.00 |
   | Total: | $3,736.72 |

2. The Motion for Relief from Stay and Co-Debtor Stay filed by U.S. BANK, N.A. is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning January, 2010, the Creditor has a right to request a rehearing on the Motion for Relief from Stay and Co-Debtor Stay.

Done this the 1st day of February, 2010.

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

This document was prepared by:
DIANE MURRAY
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 930-5257

PARTIES TO RECEIVE COPIES:
C. Taylor Crockett
PO Box 10526
Birmingham, AL 35202

Jeresha Biggs
3809 Osage Lane
Birmingham, AL 35215

Charles D. Biggs
3809 Osage Lane
Birmingham, AL 35215

D. Sims Crawford
P.O. Drawer 10848
Birmingham, AL 35202

Sirote & Permutt, P.C.
Diane Murray
2311 Highland Avenue South
Birmingham, AL 35205